**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 03 2007

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. _____

5:07 C000091 WRW/HDY

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second
blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: *Frederick Pennington Jr.*
      ADC # _____

      Address: _____

      Name of plaintiff: _____
      ADC # _____

      Address: _____

      Name of plaintiff: _____
      ADC # _____              This case assigned to District Judge *Wilson*
                                          and to Magistrate Judge *Young*
      Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the
second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: *Dr. Otis J. Gordon*

      Position: *Doctor*

      Place of employment: *Doctors Office Jefferson Regi-*
      *onal Medical Center*
      Address: _____

      Name of defendant: *Dr. Arnold*

      Position: *C.M.S. Medical Director*

      Place of employment: *Varner Infirmary and*
      *Correctional Medical Services*

*1*

Address: _P. O. Box 600, Grady, Ar. 71677_

Name of defendant: _Grady, Ar. 71677 Da Connie_
_Hubbard Dorton_
Position: _Dorton_

Place of employment: _Correctional Medical Services,_
_and Varner and Cummins Unit U.D.C_
Address: _P.O. Box 600 and P.O. Box 500_
_Grady, Ar. 716__
Name of defendant: _Da. Ahmad_

Position: _Dorton_

Place of employment: _Arkansas Department of Correction_
_and Correctional Medical Services_
Address: _P.O. Box 600, Grady, Ar. 71677_

II.   Are you suing the defendants in:    _Defendants continued_
_on bottom of page 5_

   ☑   official capacity only
   ☐   personal capacity only
   ☑   both official and personal capacity

III.   Previous lawsuits

  A   Have you begun other lawsuits in state or federal court dealing with the same   facts
involved in this action?

    Yes ___   No _✓_   _and yes_

  B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

    ☐   Parties to the previous lawsuit:

    Plaintiffs: _Frederick Pennington, Jr._

    Defendants: _Wendy Kelly, et al_

    ☐   Court (if federal court, name the district; if state court, name the county):

2

Eastern District Of Arkansas

☐ Docket Number: 5:06-CV-00177

☐ Name of judge to whom case was assigned: H. David Young

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Granted the right to appeal

☐ Approximate date of filing lawsuit: August 1, 2006

☐ Approximate date of disposition: October 27, 2006

IV. Place of present confinement: Varner Super Max, Arkansas Department Of Correction

V. At the time of the alleged incident(s), were you: (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

---

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__   No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes __✓__   No ____

3

Continued

not recieved timely medical treatment.

If not, why? I presented the grievances in
case 5:06-CV-00177

VII.   Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is
involved.  Include also the names of other persons involved, dates, and places.  Do not give
any legal arguments or cite any cases or statutes.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.  (Use as much space as you
need.  Attach extra sheets if necessary.)

In May of 2006 I was escorted
to the Dentors Office of the Jefferson
Regional Medical Center in Pine Bluff,
Arkansas, by Sgt Burton, and Sgt.
Bentley

I was interviewed by A.P.N Joe
Cobbs. I then was interviewed by
Dr. Otis ? Gordon, Gastroentrologist.
Dr. Gordon told me that I had a
thyroid problem, after I talk to
Joe Cobbs, A.P.N, Joe Cobbs
told me that a A.P.N. was a
assistant Practioner Nurse, and
that he had the authority to
practice medicine.

On my way to the Dentors
Office, Sgt. Burton, A.R.A, Sgt B.

Statement of Claims Continued on
back of this page, and last page

4

Statement of Claims Continued

also said that a nurse practioner, or
assistant nurse practioner could also
practice medicine without the consent
of a doctor, and prescribe medicine.
I told Boy B. that my mother was
a nurse, and I knew that a L.P.N.
License Practical Nurse, and a Registered
Nurse R.N. had more rank, and that
the R.N. was the head nurse in
the hospital, so don't be trying to
trick me for them people who
were lying about my medical treat-
ment, because to many people
had already died by being lied to
by the medical staff, and by being
denied their medical treatment in a
timely manner, or in its entirety.
Soon as we got to the Doctors
office of Pt Jefferson Regional Med-
ical center, J.R.M.C., Boy B called
the A.P.N., Joe Cobbs in the room
continued on back of next page

Continued from back of page

and told a.P.N, Joe Cobbs to tell me
that he could practice medicine and
prescribe medication without a doctor's
authority consent, and Joe Cobbs said
that he could. After I told him that
I didn't believe him and about the
rank of the O.P.N, the L.P.N, and
the R.N, Dr. Otis J. Gordon Gost-
roenterologist came on and talk with
me. Dr. Gordon went through my
medical jacket from the prison and
said that I didn't have hepatitis A,
that I didn't have hepatitis B and that
I didn't have W.I.V, and that I
had hepatitis C, and that he would.
treat me for hepatitis B and hepatitis
C for a year, as soon as they
cleared up the thyroid problem that
appeared on my medical jacket. I
told Dr. Gordon that no one had
told me about a thyroid problem,
and Dr. Gordon said that I would.

continued on the front back of front
Page

Continued from back of last page 5

have to return to the prison and
have them do for lab (bloodwork)
to determine if I had a thyroid
problem; and then I could return
to the Dr. Office of the J.R.M.S.
for a year for my medical treat-
ment for hepatitis B and hepatitis
C., and that I would be up here
a year for my treatment

In august or september, 2006 I
was escorted to a room to see the
doctor by Dr. Philips, and another
field surgery. There was a white
doctor doing doctors call, and when
I start to talk to him, he said
that I had to see Dr. Arnold.

Dr. Arnold came to the room
about 15 minutes later. When
I begin talking to Dr. Arnold

Continued on back of page 2

6

Continued from back of page 1

about the medical treatment for my
hepatitis C, and what Dr. Gordon
told me at the Dr.-a office of J.R.M.C
in Pine Bluff, Arkansas. Dr. Arnold
then told me that I didn't meet the
criteria for treatment for hepatitis C.
That they gave inmates their treatment
for hepatitis C under the Federal
Bureau of Prison J.B.O.P. guide —
lines, and that he would treat me
for my thyroid.

I told Dr. Arnold I would accept
my treatment for hepatitis C, and
my thyroid, but I knew that if
I had a thyroid problem why was
I not told about it, or treated
for it before I talk to Dr. Gordon
and sued Correctional medical
services, which I showed Dr.

continued on back of page 3

Continued from back of page 2

Arnold medical charts that I got from
Michell Banks Odum, C.M.B. attorney.
Dr. Arnold began to lie and try to
deceive me, and say Dr. Gorden did
not know what he was talking about,
so I got up to leave and said that
I was not refusing any medical treat-
ment. Sgt. Phelips, and to other john
Doe surgent escorted me back to the
cellblocks without incident.

Dr. Gorden, Dr. Arnold, and Dr.
Anderson all have lied to me, and
I was not given timely medical
treatment for my thyroid or hepatitis
c even though I fit the criteria to
receive medical treatment.

After my medical treatment at the
J.R.M.C. in Pine Bluff, Ar. Dr. Connie
Hubbard told me my thyroid was
normal on April 17, 2007 in the
presence of Sgt. Jackson. I didn't
go to the J.R.M.C. until late march
or the first of april 2007 and I have

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_Trial by jury, injunction relief, attorney fees, Court cost, $10 Million Compensatory Damages, and $20 Million Punitive Damages_

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 29th day of _April_, 20 07.

_Frederick Pennington Jr._

_Continued_
_Name of Defendants_

_Joe Cobbs_
_Position A.P.N_
_Place of employment_
_Jefferson Regional Medical_
_Center_   _Sgt. Beatty_
_address_
_Sargent_   _Pine Bluff Diag-_
_nostic Unit, A.D.C._
_address P.O. Box 8707_
_Pine Bluff, Ark. 71611_

Signature(s) of plaintiff(s)

_Name of Defendant_
_Sgt. Burton_
_Position Sargent_
_Place Of Employme-_
_nt  Pine Bluff Diag-_
_nostic Unit, A.D.C._
_address P.O. Box 8707_
_Pine Bluff, Ar. 71611_

Use this instead of a sick call
for medication complaints.

If medication is not available please
complete and drop in sick call box.

To:   DON/ADON

From:   Inmate Name  Frederick Penning  -ADC# 71305  Bks. 552
ton, Jr.   Date:   4-16-07

Re:   Medication not available

Please list all medications that are not available.

Interferon
Ribavirion
I need me medical treatment for
hepatitis C, stage/grade 3 inflamat
-ory of the liver and Stage 4 fibros-
-is, stage 3 inflamatory of the liver
are stage of fibrosis, it is the Federal
Bureau of Prison it is C.M.S. guide-
-lines to tell prisoners in the
facility in connection with C.M.S.
health care provider, in that my
health will this criteria, would
you please order my treatment
for Hepatitis as reported to Dr. Conqua
-by Jackson
Thank you
Sincerely,
Frederick Pennington, Jr.
Note: You was seen for it on 4/4/07

Pennington, Frederick  #C71305   CB 5-552

R dick
17 Apr. 07

1